**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ANDREA TARDIF-BRANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No.  04-132-B-S |
| | ) |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 44) filed July 21, 2005, the Recommended Decision is AFFIRMED.

As to Defendant's Motion for Summary Judgment (Docket No. 18), the Court **GRANTS in Part and DENIED in Part** as follows:

Motion **GRANTED** with respect to Plaintiff's retaliation and constructive discharge claims (Counts II and III);

Motion **DENIED** with respect to Plaintiff's hostile work environment claim (Count I (Title VII) and also in Count IV (MHRA)).

SO ORDERED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 16th day of August, 2005.